Civil Judgment (Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**HEALTH CARE SERVICES CORPORATION**

Plaintiff(s)

Civil Action No. **01-2646**

V.

**MYLAN LABORATORIES, INC,. et al.,**

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable CHIEF JUDGE THOMAS F. HOGAN, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

**HEALTH CARE SERVICES CORPORATION**

have and recover of and from the defendant(s):

**MYLAN LABORATORIES, INC,. et al.,**

the sum of **$ 1,448,437.00**

together with costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: 6/3/05

By: ______________________
Deputy Clerk